IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| 3200 SOUTH GRAND, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:22-cv-698 |
| | ) |
| | ) **JURY TRIAL REQUESTED** |
| GREAT LAKES INSURANCE, SE | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Defendant Great Lakes Insurance SE hereby confirms it has filed its Notice of Removal of Case to Federal Court in the Circuit Court of the City of St. Louis, Missouri, Case No. 2222-AC05005, on July 1, 2022.  An executed copy of the same is attached hereto and incorporated herein by reference as Exhibit 1.

    Respectfully submitted,

    HADEN, COWHERD & BULLOCK, L.L.C.

By:  */s/ Philip R. Quinn*
    Philip R. Quinn  #63180MO
    2135 East Sunshine, Suite 203
    Springfield, MO  65804-1899
    (417) 883-5535  FAX:  883-5541
    pquinn@hcblawfirm.com

    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2022, a copy of the foregoing was forwarded to counsel for plaintiff via e-mail, as follows:

J. Scott Kessinger
7253 Watson Road #1044
St. Louis, MO  63119
jscottkessinger@gmail.com

>                      */s/ Philip R Quinn*
>                      Attorney of Record